UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ROBERTS,

          Plaintiff,

v.

STELLAR RECOVERY, INC.,

          Defendant.
_____/

Case No. 1:15-cv-314

HON. JANET T. NEFF

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, without prejudice.

Dated: April 10, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com